FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 FEB 10 PM 2: 38

CLERK _____
SO. DIST. OF GA.



# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

KENNETH WAYNE MIKELL, SR.,　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Petitioner,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　Case No. CV409-171
　　　　　　　　　　　　　　　　　　)
TODD BRIAN, WARDEN, and　　　　　)
BRIAN OWENS, COMMISSIONER,　　　 )
　　　　　　　　　　　　　　　　　　)
　　　　Respondents.　　　　　　　　)

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

objections have been filed. Accordingly, the Report and Recommendation of

the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 10 day of February 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA